IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK J. HALLINAN & <br> SUZANNA M. HALLINAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 06-cv-1706 (RMC) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: January 5, 2007.

                                         Respectfully submitted,

                                         /s/ Jennifer L. Vozne
                                         JENNIFER L. VOZNE
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 227
                                         Ben Franklin Station
                                         Washington, DC 20044
                                         Phone/Fax: (202) 307-6555/514-6866
                                         Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2135670.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 5, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Patrick J. Hallinan
>Suzanna M. Hallinan
>*Plaintiffs Pro Se*
>130 Polsin Drive
>Rotterdam, NY 12303

>_/s/ Jennifer L. Vozne_
>JENNIFER L. VOZNE

2135670.1