# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Patrick J. Hallinan and Suzanne M. Hallinan,
Husband and Wife

V.

United States Gov't.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:06CV01706

JUDGE: Rosemary M. Collyer

DECK TYPE: Pro se General Civil

DATE STAMP: 10/2/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**RECEIVED**

JAN 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' _____ (name and address)

Patrick J. Hallinan
Suzanne M. Hallinan
130 Polsin Drive
Rotterdam, New York 12303
518 356 6360

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT -2 2006

CLERK                                          DATE

(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/12/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KATHERINE GURDAK | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: UPS ~~CERTIFIED~~ REGISTERED MAIL #7004 2510 0001 6206 ~~5801~~ 5740

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/12/06
           Date

Katherine Gurdak
Signature of Server

4129 Albany St, Albany NY 12205
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

4.  enjoining defendants' principals, officers, agents, and/or employees from further acting in disregard of law or regulation.

Dated: 12/19/____, 2006

_____    _____
Patrick J. Hallinan          Suzanne M. Hallinan

### Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of New York, personally appeared, Patrick J. Hallinan. Suzanne M. Hallinan known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same as his/her/their free act and deed.

_____
Notary. State of New York

ROBERT LATKOWSKI
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 3/7/10