IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK J. HALLINAN & <br> SUZANNA M. HALLINAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 06-cv-1706 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance as trial counsel for the United States in the above-captioned proceeding.

DATED: January 17, 2007.

                                           Respectfully submitted,

                                           /s/ Beatriz T. Saiz
                                           BEATRIZ T. SAIZ
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           P.O. Box 227
                                           Washington, D.C.  20044
                                           Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 17, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Patrick J. Hallinan
>Suzanna M. Hallinan
>130 Polsin Drive
>Rotterdam, NY 12303

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ