# United States District Court
## IN THE DISTRICT OF COLUMBIA

Patrick J. Hallinan, *et ux*
        Plaintiff(s),                Case No. 06-CV-1706 (RMC)

v.

UNITED STATES OF AMERICA
        Defendant.


## MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts

order to file a response to motion to dismiss. Defendant has raised numerous

grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully

and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: _June 5_ , 2007

_Patrick J. Hallinan_
Patrick J. Hallinan

CERTIFIED # 7006 0810 0006 3703 6436


# RECEIVED

JUN 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hallinan v. United States.
Enlargement

page 1 of 2 pages

Motion for

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated: _June 5_____ , 2007

_Patrick J. Hallinan_
Patrick J. Hallinan