UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK HALLINAN & <br> SUZANNA HALLINAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1706 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiffs Patrick and Suzanna Hallinan filed this lawsuit on October 2, 2006, alleging that the United States violated various provisions of the Internal Revenue Code in connection with the collection of their taxes. The United States moved to dismiss the Complaint on January 5, 2007, arguing that the Court lacks subject matter jurisdiction and that Plaintiffs fail to state a claim upon which relief can be granted. On April 13, 2007, Plaintiffs filed an amended complaint, and 11 days later the United States moved to dismiss the amended complaint on the same grounds that it asserted in its original motion to dismiss. On May 7, 2007, the Court issued an order informing Plaintiffs that if they failed to oppose the motion to dismiss the amended complaint by June 7, 2007, the Court would grant it as conceded. On June 8, Plaintiffs moved for an extension of time to file their opposition, and on June 11 the Court granted the motion, giving Plaintiffs an additional month, until July 6, 2007, to oppose the motion to dismiss. In granting Plaintiffs an extension of time, the Court expressly indicated that no further extensions of time would be granted. Despite the Court's clear

instruction that Plaintiffs were to file an opposition to the motion to dismiss the amended complaint no later than July 6, 2007, Plaintiffs have failed to do so. Accordingly, it is hereby

**ORDERED** that, there being no opposition from Plaintiffs, the United States's Motion to Dismiss the Amended Complaint [Dkt. # 8] is **GRANTED** and the case is dismissed from the Court's docket. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: July 10, 2007                                                   /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge