UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PATRICK J. HALLINAN & SUZANNE M. HALLINAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1706 (RMC) |
| UNITED STATES | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the United States's Motion to Dismiss [Dkt. # 8] is **GRANTED** and the case is dismissed from the Court's docket. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: August 8, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge