IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Patrick J. Hallinan, *et ux* ) | Case No: 1: 06 -cv-1706 (RMC) |
| Plaintiffs, ) | |
| v. ) | **NOTICE OF APPEAL** |
| UNITED STATES (Government), ) | |
| Defendant. ) | |

Plaintiffs hereby GIVE NOTICE of their intent to Appeal the Court's granting of the United States' Motion to Dismiss Complaint.

Respectfully Submitted

Dated August 22, 2007

*/s/ Patrick J. Hallinan*
Patrick J. Hallinan

**RECEIVED**

AUG 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the forgoing on:

Beatriz T. Saiz
U.S. Department of Justice
P.O. Box 227
Washington D.C. 20044

Dated _____August 22_____, 2007

*Patrick Hallinan*